IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWKS HILL RANCH, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM YARAK and MARGARET YARAK,<br><br>Defendants. | Case No. 22-cv-01567-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO EXTEND TIME**<br><br>Re: Dkt. No. 29, 30, 31 |

Before the Court is plaintiff/counterclaim defendant Hawks Hill Ranch, LLC's ("Hawks Hill Ranch") motion, filed September 20, 2022, "to Change Time for Briefing On and Hearing Of Defendant's Motion for Preliminary Injunction" ("Administrative Motion"), whereby Hawks Hill Ranch seeks an order postponing the briefing deadlines and hearing of defendants/counterclaimants William and Margaret Yaraks' ("the Yaraks") Motion for Preliminary Injunction. The Yaraks have filed opposition, to which Hawks Hill Ranch has filed a declaration in reply.

The Court, having read and considered the papers filed in support of and in opposition to the motion, finds Hawks Hill Ranch has not shown good cause to extend the briefing schedule as requested. As Hawks Hill Ranch's counsel will be out of the country on the date of the present hearing, however, the court will postpone the hearing by one week, and in light thereof, extends the deadline for the filing of the opposition by one week as well.

Accordingly, the deadline to file the opposition is continued to October 7, 2022, and the hearing on the Yaraks' Motion for Preliminary Injunction is continued from October 21, 2022 to October 28, 2022 at 9:00am. In all other respects, the

1  Administrative Motion is denied.

2  **IT IS SO ORDERED.**

3

4  Dated: 9/27/2022

MAXINE M. CHESNEY
United States District Judge