IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWKS HILL RANCH, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WILLIAM YARAK, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-01567-MMC<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION** |

　　Before the Court is defendants William and Margaret Yaraks' (the "Yaraks") "Motion for Preliminary Injunction," filed September 16, 2022. Plaintiffs Hawks Hill Ranch, LLC, a California limited liability company, Hawks Hill Ranch, LLC, a Wyoming limited liability company, and Hawks Hill Ranch Winery, LLC, a California limited liability company (collectively, "Hawks Hill Ranch"), have filed opposition, to which the Yaraks have replied. The matter came on regularly for hearing on October 28, 2022. Justin D. Hein of Carle, Mackie, Power & Ross LLP appeared on behalf of the Yaraks; Bradley L. Booke of the Law Office of Bradley L. Booke appeared on behalf of Hawks Hill Ranch.

　　The Court having considered the parties' respective written submissions as well as the oral arguments of counsel, and for the reasons stated in detail on the record at the hearing, including the absence of sufficient evidence as to a convergence of marketing and advertising channels, namely, evidence as to how, when, and where the Yaraks' licensees distribute to consumers wines bearing the Yaraks' mark, the motion is hereby DENIED.

　　**IT IS SO ORDERED.**

Dated: November 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge