UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWKS HILL RANCH, LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM YARAK, et al.,<br><br>    Defendants. | Case No.  22-cv-01567-MMC (AGT)<br><br>ORDER ON (I) MOTION FOR SANCTIONS AND (II) MOTION TO SEAL<br><br>Re: Dkt. Nos. 96, 97 |

    Plaintiffs' motion for sanctions (dkt. 96) is denied. Plaintiffs contend that Defendants "fail[ed] to participate in good faith in a settlement conference." Dkt. 96 at 6. The undersigned presided over the parties' settlement conference, on June 22, 2023, and doesn't agree. Defendants participated in the settlement conference in good faith, and sanctions are not warranted.

    Plaintiffs' motion to seal portions of their motion for sanctions (dkt. 97) is granted. The sanctions motion details confidential settlement discussions, which shouldn't be accessible on the public docket.

    **IT IS SO ORDERED.**

Dated: July 25, 2023

Alex G. Tse
United States Magistrate Judge