UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWKS HILL RANCH, LLC, et al.,<br>    Plaintiffs,<br>v.<br>WILLIAM YARAK, et al.,<br>    Defendants. | Case No. 22-cv-01567-MMC   (DMR)<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff filed a Motion to Strike Defendants' Supplemental Rebuttal Expert Reports on February 25, 2024. Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Plaintiff's motion was due on March 11, 2024, but no such opposition has been received. <u>Defendants William and Margaret Yarak are ordered to respond by **March 14, 2024**, and show cause for their failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a). In addition, Defendants must simultaneously <u>(1) submit their opposition to the court or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Defendants' late submission. If Defendants do not respond by March 14, 2024, Plaintiff's motion may be granted.

    The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than March 21, 2024.

    **IT IS SO ORDERED.**

Dated: March 12, 2024

                                                        Donna M. Ryu<br>                                                        Chief Magistrate Judge