IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HAWKS HILL RANCH, LLC, a California limited liability company, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM YARAK and MARGARET YARAK,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 3:22-cv-1567-MMC<br><br>[PROPOSED] ORDER OF DISMISSAL |

The parties, through counsel, having entered a stipulation concerning dismissal of this action (ECF No. 211), and good cause appearing:

**IT IS HEREBY ORDERED:**

1. Peter W. Kuyper, individually, is hereby dismissed with prejudice, *nunc pro tunc*, effective immediately prior to the filing of Defendants' Counterclaims herein, each party to bear its own costs and attorney's fees.

2. Hawks Hill Ranch, LLC, a California limited liability company, is hereby dismissed with prejudice, *nunc pro tunc*, effective immediately prior to the filing of Defendants' Counterclaims herein, each party to bear its own costs and attorney's fees.

3. Hawks Hill Ranch, LLC, a Wyoming limited liability company, is hereby dismissed with prejudice, *nunc pro tunc*, effective immediately prior to the filing of Defendants' Counterclaims herein, each party to bear its own costs and attorney's fees.

4. All claims and counterclaims by and between Hawks Hill Ranch Winery, LLC, a California limited liability company, and William Yarak and Margaret Yarak, are hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this 17 day of July, 2024.

*[signature: Maxine M. Chesney]*
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE